Carzell MOORE, Petitioner-Appellant,

v.

Walter D. ZANT, Warden, Georgia Diagnostic and Classification Center, Respondent-Appellee.

No. 82–8683.

United States Court of Appeals, Eleventh Circuit.

July 23, 1984.

Robert E. Morin, Stephen B. Bright, Atlanta, Ga., for petitioner-appellant.

Susan Boleyn, William B. Hill, Jr., Asst. Attys. Gen., Atlanta, Ga., for respondent-appellee.

Before GODBOLD, Chief Judge, RONEY, TJOFLAT, HILL, FAY, VANCE, KRAVITCH, JOHNSON, HENDERSON, HATCHETT, ANDERSON and CLARK, Circuit Judges.

BY THE COURT:

The court en banc holds this case in abeyance for a period of 60 days in order that petitioner may present to the courts of the State of Georgia claims he may have arising out of *Stynchcombe v. Floyd,* 252 Ga. 113, 311 S.E.2d 828 (1984).